UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ROBERT HILTON,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :     23 Civ. 3517 (JPC) (OTW)
               -v-                                                     :
                                                                       :     ORDER
TD BANK *et al.*,                                                      :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On August 8, 2023, Defendants TD Bank and Universal Protection Service, LLC d/b/a Allied Universal Security Services ("AU") moved to dismiss this action. Dkt. 16. The Court previously referred this *pro se* case for mediation to the court's Mediation Program, which appears to be ongoing. Dkt. 8. In addition, TD Bank and AU did not submit a pre-motion letter pursuant to 6.A of Judge Cronan's Individual Rules and Practices for Civil Cases, prior to filing their motion. Accordingly, the motion is therefore denied without prejudice. If the mediation is unsuccessful, TD and AU may submit a pre-motion letter and renew their motion after the Court sets a briefing schedule.

      SO ORDERED.

Dated: August 10, 2023
       New York, New York

                                                                 JOHN P. CRONAN
                                                               United States District Judge